No. 238. DEPARTMENT OF CONSERVATION AND DEVELOPMENT, DIVISION OF PARKS, OF VIRGINIA, ET AL. *v.* TATE ET AL. C. A. 4th Cir. Certiorari denied. *J. Lindsay Almond, Jr.,* Attorney General of Virginia, and *Henry T. Wickham* for petitioners. *Victor J. Ashe, Oliver W. Hill, Thurgood Marshall* and *Spottswood W. Robinson, III* for respondents.

No. 241. BOUDOIN *v.* LYKES BROS. STEAMSHIP CO., INC. C. A. 5th Cir. Certiorari denied. *Raymond H. Kierr* and *Samuel C. Gainsburgh* for petitioner. *Andrew R. Martinez* and *William E. Wright* for respondent.

No. 244. PALEY ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. *Loyd Wright* and *Dudley K. Wright* for petitioners. *Oscar H. Davis,* then Acting Solicitor General, *Assistant Attorney General Rice* and *A. F. Prescott* for respondent.

No. 245. LOWE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Anthony A. Calandra* and *Max Mehler* for petitioner. *Oscar H. Davis,* then Acting Solicitor General, *Assistant Attorney General Olney* and *Robert S. Erdahl* for the United States.

No. 249. GOODMAN ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *John W. Oast, Jr., Wilbur E. Dow, Jr., Barron F. Black, R. Arthur Jett* and *C. Lydon Harrell* for petitioners. *Oscar H. Davis,* then Acting Solicitor General, *Assistant Attorney General Doub, Samuel D. Slade* and *William W. Ross* for the United States.